Joshua D. Schein (State Bar No. 264055)
JSchein@ScheinLawGroup.com
2029 Century Park East, Suite 400
Los Angeles, California 90067
Telephone: (424) 355-8555
Facsimile: (424) 355-8087

JASON LIANG (SBN 251235)
Email: jliang@lianglyllp.com
LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 262-8000
Facsimile: (213) 335-7776

*Attorneys for Plaintiff FemtoMetrix, Inc.*

SCHEIN LAW GROUP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FEMTOMETRIX INC.,
Plaintiffs,

vs.

CHONGJI HUANG, an individual; PUXI ZHOU, an individual; WEIWEI ZHAO, an individual; AND WEICHONG SEMICONDUCTOR GROUP,
Defendants.

CASE NO.: 22-CV-01624-CJC-KES

**PLAINTIFF'S LETTER BRIEF RE: TRADE SECRET DISCLOSURES**

Date: November 12, 2021
Time: 8:30 a.m.
Dept.: Dept. 36

Complaint Filed: August 31, 2022

Plaintiff FemtoMetrix, Inc. ("FemtoMetrix") submits this letter brief pertaining to a discovery dispute regarding Defendants' request that Plaintiff's supplement its disclosure of alleged trade secrets, pursuant to California Code of Civil Procedure Section 2019.210, by June 30, 2023; and complete Plaintiff's production of responsive documents, pursuant to Plaintiff's responses to Defendants' discovery requests, also by June 30, 2023. The parties met and conferred regarding these issues, through a telephonic conference, on May 30, 2023. Plaintiff does not object to Defendants' requests and anticipates that FemtoMetrix will be able to provide a supplement to its Section 2019.210 disclosure well-before June 30, 2023. However, with respect to the production of documents, Plaintiff is currently anticipating that it will substantially complete its production by July 2023.

As background, on or around April 28, 2023, Plaintiff retained the law firms of Liang Ly LLP and Schein Law Group. Shortly thereafter, Plaintiff served its Initial Disclosures on May 3, 2023 and began responding to Defendants' discovery requests. Specifically, on May 23, 2023, Plaintiff served responses to Defendants' requests for documents. Defendants also propounded additional discovery on May 25, 2023. These requests included over 100 requests for admissions and 10 special interrogatories. The current deadline for when Plaintiff must serve its responses is June 15, 2023. Finally, in late May 2023, Defendants noticed six depositions, all which is currently set to take place within the first two weeks of July.

As part of its discovery responses, Plaintiff has had to collect and is now reviewing more than 100 gigabytes of data. It should be noted that, prior to counsel's involvement, FemtoMetrix's search for responsive documents was already well underway. In fact, a portion of the documents collect thus far have already been converted to PDF files, and can be produced in its current form, as basic PDF files. However, because of the volume of the data that must be reviewed, FemtoMetrix is currently in the process of uploading and processing the data gathered onto a

SCHEIN LAW GROUP

discovery platform to ensure that its production of documents will be easily searchable by Defendants. That process is unfortunately taking longer than originally anticipated.

Plaintiff believes that it needs additional time not only to complete its review for responsive documents, including the review of about more than 100 gigabytes of data, but to respond to Defendants' other discovery requests, as well as to propound discovery of its own. Plaintiff's responses to Defendant's requests were recently served only two weeks ago, on or about May 23, 2023. As part of its response, Plaintiff's counsel has gathered and in the processing of reviewing a massive amount of data and documents. In addition, Plaintiff is currently in the process of responding to additional discovery that Defendant propounded on or about May 25, 2023, including over 100 requests for admissions and 10 special interrogatories. For this reason, Plaintiff has applied, *ex parte*, to continue the current trial and pretrial dates by approximately six months.

That said, given the current schedule, FemtoMetrix is working diligently in its review of responsive documents, with the goal of trying to substantially complete its document production by July 2023.

DATED: June 14, 2023

Respectfully submitted,
SCHEIN LAW GROUP
LIANG LY LLP

By:
/s/ Jason L. Liang
Joshua D. Schein
Jason L. Liang
*Attorneys for Plaintiff FemtoMetrix, Inc.*



SCHEIN LAW GROUP